# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

AYESHA ALI ABBAS,                 Case No:      17-55784-pjs
                                                     Ch:           7
                                                     Hon.       Phillip J. Shufferly

       Debtor(s).

_____/

## OBJECTION TO PROPOSED AUCTION SALE

NOW COMES Third Party Intervenor, Ali Abbas, by and through his attorneys The Sikorski Law Firm P.L.L.C., and states the following for his Objection to Auction Sale and Proposed Sale:

1. On October 15, 2018 Kenneth Nathan, Chapter 7 Trustee of the bankruptcy estate of Ayesha Ali Abbas filed a Notice of Auction Sale of Property and Notice of Opportunity to Object to the Proposed Sale.

2. The notice proposes the sale of the following property:

    **Six gold bangles (2 big, 4 small), two rings, head piece, four sets of earrings, chain, one set of earrings.**

3. Trustee cites 11 U.S.C. 363(b) as authority under which he states that he is permitted to sell the property at issue as property of the debtor's bankruptcy estate.

4. The property that the Trustee intends to sell at the noticed auction never belonged to the debtor, and therefore is not property of the estate, and consequently cannot be sold pursuant to 11 USC 363(b).

5. Per Debtor's December 8, 2016 Judgment of Divorce, *Exhibit A,* of said Judgment specifies that the jewelry in question is property of the minor children.

6. On page 16 of the same divorce judgment, it is stated that "it is further ordered and adjudged that the parties' [sic] shall mutually agree upon a safe deposit box at a local bank to hold the children's jewelry, which is more fully set forth on Exhibit "A" attached hereto. […]"

7. Upon information and belief, Debtor has purposely misled the Trustee and has turned over jewelry that does not belong to her. Instead of her own jewelry, which is also listed on Exhibit A, Debtor turned in third parties' jewelry. Debtor also failed to disclose her own jewelry in her original bankruptcy petition and schedules.

8. Upon information and belief, Debtor is in possession of her own gold jewelry, which is different from her children's jewelry, and which has been described in her judgment of divorce as follows:

   **Jewelry set including necklace, earrings, head piece, six bangles, wedding ring, chain, two watches, set of earrings, two bangles.**

**WHEREFORE**, Ali Abbas, third party intervenor, respectfully requests this Honorable Court to:

A. Deny Trustee's request to sell enumerated items at auction;

B. Determine that the enumerated jewelry is not property of the estate;

C. Grant such other relief as this Court deems just and equitable.

Respectfully submitted,

Dated: October 16, 2018

*/s/ Kate Sikorski*
Kate Sikorski (P75313)
The Sikorski Law Firm
Attorney for Ali Abbas
29211 Ford Rd.
Garden City, MI 48135
sikorskilaw@gmail.com
734 422 2377 phone
734 243 1243 fax